Berman et al., Appellants *v.* Johnson Manor, Inc.

Argued September 14, 1973. *Jerome N. Berenson,* for appellant; *Maxwell P. Gorson,* with him *Goldberg & Gorson,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Braun *v.* Bush, Appellant.

Argued September 18, 1973. *Joseph R. Livesey,* for appellant; *John P. Penders,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

Briscoe Appeal.

Argued September 19, 1973. *Thomas E. Butler, Jr.,* Assistant District Attorney, with him *Arthur R. Makadon,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Thomas C. Sadler, Jr.,* with him *Morgan, Lewis & Bockius,* for appellee.

Appeal quashed.

SPAULDING and WATKINS, JJ., absent.